IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID IVERSON, | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 11-1108 |
| | ) |
| | ) Judge Terrence F. McVerry |
| CAPT. W. LEGGETT; JOHN | ) Magistrate Judge Maureen P. Kelly |
| ALBRIGHT;   LT. W. TIFT, | ) |
|         Defendants. | ) |

**ORDER**

AND NOW, this 30th day of July, 2013, after the Plaintiff, David Iverson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 22, 2013 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [89] is granted;

IT IS FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment [80] is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/ Terrence F. McVerry  
TERRENCE F. McVERRY  
United States District Judge

cc: Honorable Maureen P. Kelly  
United States Magistrate Judge

David Iverson  
GE-2064  
SCI Pittsburgh  
P.O. Box 99991  
Pittsburgh, PA 15233

All Counsel of Record Via CM-ECF